## DISCIPLINARY CASES

**2009–2284.   Butler Cty. Bar Assn. v. Minamyer.**
This cause came on for further consideration upon respondent's filing of a motion to purge contempt.

Upon consideration thereof, this court orders that the motion is granted. It is further ordered that respondent shall not be reinstated to the practice of law in Ohio until (1) respondent complies with the requirements for reinstatement set forth in the Supreme Court Rules for the Government of the Bar of Ohio, (2) respondent complies with the Supreme Court Rules for the Government of the Bar of Ohio, (3) respondent complies with all orders of the court, and (4) this court orders respondent reinstated.

## MISCELLANEOUS DISMISSALS

**2014–0367.   State ex rel. Balas–Bratton v. St. John.**
Stark App. No. 2014CA00025. This cause is pending before the court as an appeal from the Court of Appeals for Stark County. The records of this court indicate that appellant has not filed a merit brief, due May 5, 2014, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the clerk of the Court of Appeals for Stark County.

## CASE ANNOUNCEMENTS
### May 16, 2014

[Cite as *05/16/2014 Case Announcements*, 2014-Ohio-2085.]

## MOTION AND PROCEDURAL RULINGS

**2014–0481.   Jelinek v. Abbott Laboratories.**
Franklin App. No. 11AP–996, 2013-Ohio-1675. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the motion for admission pro hac vice of James F. Hurst, Derek J. Sarafa, Steffen N. Johnson, and Samantha Maxfield, it is ordered by the court that the motion is denied for failure to comply with S.Ct.Prac.R. 2.02(B)(1), which permits pro hac vice admission only on motion of the attorney seeking admission.

Counsel may file renewed motions for pro hac vice admission that comply with S.Ct.Prac.R. 2.02(B)(1) no later than 30 days from the date of this entry.